514 A.2d 1372

**Carl W. KURKOWSKI and Wayne Kurkowski, Appellants,**

**v.**

**Paul SUCHKO, Register of Wills and Clerk of the Orphans' Court of Westmoreland County, Pennsylvania and United States Fidelity and Guaranty Company.**

Supreme Court of Pennsylvania.

Argued Sept. 19, 1986.

Decided Oct. 1, 1986.

Richard E. Myers, Greensburg, for appellants.

Warren Ferry, Murovich Reale & Fossee, P.C., Pittsburgh, for U.S. Fidelity & Guar. Co.

Thomas R. Ceraso, Greensburg, for Paul Suchko, etc.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN and McDERMOTT, JJ., dissent.